JOHN JOSEPH GEZELIN
1955 GREENFIELD DRIVE
RENO, NV  89509

CUSTOMER SERVICE
P.O. BOX 981535
EL PASO, TX
79998-1535

LEE & TRACI HOTCHKIN
1025 RIDGEVIEW DR., #200
RENO, NV  89519

TRACY LYNN GEZELIN
1955 GREENFIELD DRIVE
RENO, NV  89509

DEBRA ULP
820 MEREDITH WAY
SPARKS, NV
89431-6436

LEWIS MALDONADO
US EPA REGION 9 BK CONTA
OFFICE OF REGIONAL COUNS
75 HAWTHORNE STREET
SAN FRANCISCO, CA  94105

Jeffrey L. Hartman, Esq.
Hartman & Hartman
510 W Plumb Ln # B
Reno, NV  89509

DEPT. OF EMPLOYMENT
EMPLOYMENT SECURITY DIV
500 EAST THIRD STREET
CARSON CITY, NV  89713

MASSACHUSETTS DEPT. OF R
BANKRUPTCY UNIT
P.O. BOX 9564
100 CAMBRIDGE ST 7TH FLR
BOSTON, MA  02114-9564

AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA
90096-8000

DISCOVER STUDENT LOANS
P.O. BOX 30947
SALT LAKE CITY, UT
84130-0947

MERCEDES-BEZ FINANCIAL
P.O. BOX 9001680
LOUISVILLE, KY
40290-1680

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA
90030-1200

FIRST HORIZON HOME MTG
4949 MEADOWS #255
LAKE OSWEGO, OR  97035

NEVADA SECURITY BANK
P.O. BOX 19579
RENO, NV  89511

BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE
19850-5026

HOWARD WOLF
C/O MICHAEL F. MACKEDON
MACKEDON, ET AL.
P.O. BOX 1203
FALLON, NV  89407

NV DEPT. OF TAXATION
BANKRUPTCY SECTION
4600 KIETZKE #L-235
RENO, NV  89502

BANK OF AMERICA
P.O. BOX 15028
WILMINGTON, DE
19850-5028

INNOVATIVE IMPORTS, LLC
820 MEREDITH WAY
SPARKS, NV  89431

PATRICK & TAMARA
PANZARELLA
3105 WALNUT STREET
MANHATTAN BEACH, CA
90266

BEACH BUSINESS BANK
MANHATTAN TOWERS
1230 ROSECRANS AVE. #100
MANHATTAN BEACH, CA
90266

JACK ALLOCCO
C/O ROY E. DAHLEN, CPA
P.O. BOX 881
PALOS VERDES ESTATES, CA
90274

PYRAMID HIGHWAY
STORAGE, LLC
3715 LAKESIDE DRIVE
STE. A
RENO, NV  89509

CHASE CARD SERVICES
P.O. BOX 15298
WILMINGTON, DE
19850-5298

JEREMY J. NORK, ESQ.
HOLLAND & HART, LLP
5441 KIETZKE LANE
RENO, NV  89511

REHAU CONSTRUCTION, LLC
4245 GREEN RIVER ROAD
CORONA, CA  92880

CHASE CARD SERVICES
CARDMEMBER SERVICES
P.O. BOX 94014
PALATINE, IL
60094-4014

JOSEPH S. BRADLEY
P.O. BOX 1987
RENO, NV  89505

ROBERT E. DICKEY, JR.
4040 SWANSON LANE
RENO, NV  89509

```
ROBERT F. NIELSEN                WELLS FARGO
380 LINDEN WAY                   P.O. BOX 30086
RENO, NV  89502                  LOS ANGELES, CA
                                 90030-0086


STEVE MACK                       WELLS FARGO
1512 CHAMPION HILL DRIVE         P.O. BOX 54780
LAS VEGAS, NV  89134             LOS ANGELES, CA
                                 90054-0780


STEVEN DAUM                      WELLS FARGO
820 MEREDITH WAY                 C/O CUSTOMER MANAGEMENT
SPARKS, NV  89431-6436           P.O. BOX 95225
                                 ALBUQUERQUE, NM
                                 87199-5225


TCF EQUIPMENT FINANCING          WELLS FARGO BANK, N.A.
15933 CLAYTON RD., #200          MAC #S4649-021
BALLWIN, MO  63011               5340 KIETZKE LN., #101
                                 RENO, NV  89511


THERMAMAX WINDOWS, LLC
820 MEREDITH WAY
SPARKS, NV  89431


THERMAMAX WINDOWS, LLC
820 MEREDITH WAY
SPARKS, NV  89431


UNITED STATES TRUSTEE
300 BOOTH ST., #2129
RENO, NV  89509


WELLS FAGRO BANK, N.A.
MAC #S4649-021
5340 KIETZKE LN, #101
RENO, NV  89511


WELLS FARGO
P.O. BOX 10347
DES MOINES, IA
50306-0347


WELLS FARGO
WF BUSINESS DIRECT
P.O. BOX 348750
SACRAMENTO, CA  95834
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

**JOHN JOSEPH GEZELIN**

**TRACY LYNN GEZELIN**

Debtor(s).

Bankruptcy No.:

Chapter          **7**

VERIFICATION OF CREDITOR
MATRIX

)
)
)
)
)
)
)
)
)
)

          The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **5/20/2010**

Date  **5/20/2010**

Signature  **/s/ JOHN JOSEPH GEZELIN**
                **JOHN JOSEPH GEZELIN**

Signature  **/s/ TRACY LYNN GEZELIN**
                **TRACY LYNN GEZELIN**

vercredmatrix.wpd rev. 4/12/07

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GEZELIN, JOHN,  JOSEPH** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**GEZELIN, TRACY,  LYNN** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **0367** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **8716** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1955 GREENFIELD DRIVE**<br>**RENO, NV**<br>ZIP CODE   **89509** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1955 GREENFIELD DRIVE**<br>**RENO, NV**<br>ZIP CODE   **89509** |
| County of Residence or of the Principal Place of Business:<br>**WASHOE** | County of Residence or of the Principal Place of Business:<br>**WASHOE** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**820 MEREDITH WAY**<br>**SPARKS, NV** | ZIP CODE   **89431** |
| --- | --- |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

### Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

#### Tax-Exempt Entity
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached

- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JOHN JOSEPH GEZELIN, TRACY LYNN GEZELIN** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**THERMAMAX WINDOWS, LLC** | Case Number:<br>**10-50407** | Date Filed:<br>**2/12/10** |
| District:<br>**NEVADA** | Relationship:<br>**OWNER** | Judge:<br>**ZIVE** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   <u>Not Applicable</u><br>   Signature of Attorney for Debtor(s)       Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JOHN JOSEPH GEZELIN, TRACY LYNN GEZELIN** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ JOHN JOSEPH GEZELIN**

Signature of Debtor    **JOHN JOSEPH GEZELIN**

X **/s/ TRACY LYNN GEZELIN**

Signature of Joint Debtor    **TRACY LYNN GEZELIN**

Telephone Number (If not represented by attorney)

**5/20/2010**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/ JEFFREY L. HARTMAN, ESQ.**

Signature of Attorney for Debtor(s)

**Jeffrey L. Hartman, Esq.  Bar No.  1607**

Printed Name of Attorney for Debtor(s) / Bar No.

**Hartman & Hartman**

Firm Name

**510 W Plumb Ln # B Reno, NV  89509**

Address

**(775) 324-2800          (775) 324-1818**

Telephone Number

**5/20/2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
| --- | --- | --- |

| Name of Debtor | Case Number | Date |
| --- | --- | --- |
| **PYRAMID HIGHWAY STORAGE PARK, LLC** | **10-50356** | **2/8/10** |
| District | Relationship | Judge |
| **NEVADA** | **OWNER** | **ZIVE** |

**B6A (Official Form 6A) (12/07)**

In re:   **JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN**                      Case No. _____
                            **Debtors**                                                                (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **100% INTEREST IN 20 ACRES LOCATED ON NORTH VIRGINIA STREET, RENO, NEVADA** | **Fee Owner** | **H** | **$ 15,000.00** | **$ 175,000.00** |
| **1955 GREENFIELD DRIVE RENO, NV  89509** | **Fee Owner** | **J** | **$1,000,000.00** | **$2,402,456.00** |
| **25% INTEREST IN 449 EAST 6TH STREET RENO, NV  89512**<br><br>**(TENANCY IN COMMON)** | **Co-Tenant** | **H** | **$ 25,000.00** | **$    0.00** |

                                                                    **Total** ➤  | **$1,040,000.00** |

                                                                    (Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re   **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**_____,        Case No. _____
                              **Debtors**                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH** | **J** | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HERITAGE BANK OF NEVADA JOHN GEZELIN SAVINGS XXXX6433** | **H** | **15.11** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HERITAGE BANK OF NEVADA JOHN J. & TRACY L. GEZELIN CHECKING XXXX4726** | **J** | **100.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HERITAGE BANK OF NEVADA JOHN J. GEZELIN  CHECKING XXXX4692** | **H** | **100.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HERITAGE BANK OF NEVADA JOHN J. GEZELIN ATTORNEY AT LAW CHECKING XXXX7468** | **H** | **27.46** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HERITAGE BANK OF NEVADA TRACY L. GEZELIN CHECKING XXXX2985** | **W** | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **MISCELLANEOUS NECESSARY HOUSEHOLD FURNISHING INCLUDING BUT NOT LIMITED TO FURNITURE, SMALL APPLIANCES, INDOOR & OUTDOOR HAND HELD TOOLS, SMALL ELECTRONIC ITEMS SUCH AS TV, DVD/VCR PLAYER, STEREO, COMPUTER, MONITOR & PRINTER** | **J** | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **MISCELLANEOUS BOOKS AND PICTURES** | **J** | **150.00** |
| 6. Wearing apparel. | | **MISCELLANEOUS CLOTHING** | **J** | **500.00** |
| 7. Furs and jewelry. | | **WEDDING RINGS** | **J** | **2,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **ART SUPPLIES; 2 SNOW SKIS; 2 WATER SKIS; GOLF CLUBS; BACKPACKING EQUIPMENT; AND SLEEPING BAGS** | **J** | **500.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN**                   ,          Case No. _____
                                      **Debtors**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **ONE BENELLIC 20 GAUGE SHOTGUN** | H | 400.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **NEW YORK LIFE INSURANCE $500,000.00 TERM LIFE POLICY NO CASH VALUE ON SURRENDER** | H | 0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **AMERITRADE IRA JOHN GEZELIN 4,193 SHARES IN SPECIALTY MORTGAGE WHICH IS IN A CHAPTER 11 BANKRUPTCY** | H | 0.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **AVISEN IRA TRACY GEZELIN** | W | 10,000.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **MORGAN STANLEY IRA JOHN GEZELIN** | H | 1,150.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **25% INTEREST IN NILEZEG, LLC**  **UNKNOWN** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **25% INTEREST IN NILEZEG, LP** | H | 25,000.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **FALLON RIVER PARK, LLC 50% INTEREST (160 ACRES)** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **FOURTH STREET COMMERCIAL, LLC 25% INTEREST** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **FOURTH STREET RESIDENTIAL, LLC .25% INTEREST** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **PRATER PARTNERS, LLC .25% INTEREST** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **PYRAMID HIGHWAY STORAGE PARK, LLC 45% INTEREST** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **SANTORINI, CORP. .33% INTEREST** | H | 0.00 |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN**                      ,        Case No. _____
                          Debtors                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **VANGUARD WINDSOR FUND JOHN GEZELIN** | H | **12.70** |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **VIRGINIA STREET PARTNERS, LLC .25% INTEREST** | H | **0.00** |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 VOLKSWAGEN PASSAT** | J | **3,600.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 GMC TRUCK** | J | **9,900.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **SINGLE AXLE 8' TRASH TRAILER** | J | **100.00** |
| 26. Boats, motors, and accessories. | | **14' ALUM FISHING/6 HP** | J | **100.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   <u>JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN</u>  ,          Case No. _____

                        **Debtors**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 DOGS** | J | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

      <u>3</u>   continuation sheets attached              Total ⟩    **$ 55,955.27**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN** _____,      Case No. _____
                                                    Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **14' ALUM FISHING/6 HP** | **NRS § 21.090(1)(z)** | **100.00** | **100.00** |
| **1999 VOLKSWAGEN PASSAT** | **NRS § 21.090(1)(f)** | **3,600.00** | **3,600.00** |
| **2001 GMC TRUCK** | **NRS § 21.090(1)(f)** | **9,900.00** | **9,900.00** |
| **ART SUPPLIES; 2 SNOW SKIS; 2 WATER SKIS; GOLF CLUBS; BACKPACKING EQUIPMENT; AND SLEEPING BAGS** | **NRS § 21.090(1)(z)** | **500.00** | **500.00** |
| **AVISEN IRA TRACY GEZELIN** | **NRS § 21.090(1)(r )** | **10,000.00** | **10,000.00** |
| **CASH** | **NRS § 21.090(1)(z)** | **200.00** | **200.00** |
| **HERITAGE BANK OF NEVADA JOHN J. & TRACY L. GEZELIN CHECKING XXXX4726** | **NRS § 21.090(1)(z)** | **100.00** | **100.00** |
| **HERITAGE BANK OF NEVADA JOHN J. GEZELIN  CHECKING XXXX4692** | **NRS § 21.090(1)(z)** | **100.00** | **100.00** |
| **HERITAGE BANK OF NEVADA JOHN J. GEZELIN ATTORNEY AT LAW CHECKING XXXX7468** | **NRS § 21.090(1)(z)** | **27.46** | **27.46** |
| **HERITAGE BANK OF NEVADA TRACY L. GEZELIN CHECKING XXXX2985** | **NRS § 21.090(1)(z)** | **100.00** | **100.00** |
| **MISCELLANEOUS BOOKS AND PICTURES** | **NRS § 21.090(1)(z)** | **150.00** | **150.00** |
| **MISCELLANEOUS CLOTHING** | **NRS § 21.090(1)(b)** | **500.00** | **500.00** |

**B6C (Official Form 6C) (4/10) - Cont.**

In re  **JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN**                    Case No. _____
                                    Debtors                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **MISCELLANEOUS NECESSARY HOUSEHOLD FURNISHING INCLUDING BUT NOT LIMITED TO FURNITURE, SMALL APPLIANCES, INDOOR & OUTDOOR HAND HELD TOOLS, SMALL ELECTRONIC ITEMS SUCH AS TV, DVD/VCR PLAYER, STEREO, COMPUTER, MONITOR & PRINTER** | **NRS § 21.090(1)(b)** | **2,000.00** | **2,000.00** |
| **MORGAN STANLEY IRA JOHN GEZELIN** | **NRS § 21.090(1)(r )** | **1,150.00** | **1,150.00** |
| **ONE BENELLIC 20 GAUGE SHOTGUN** | **NRS § 21.090(1)(i)** | **400.00** | **400.00** |
| **SINGLE AXLE 8' TRASH TRAILER** | **NRS § 21.090(1)(z)** | **100.00** | **100.00** |
| **WEDDING RINGS** | **NRS § 21.090(1)(a)** | **2,000.00** | **2,000.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN _____ ,         Case No. _____
                                                                                          (If known)
                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❏    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  136900/320579000 <br> **BEACH BUSINESS BANK MANHATTAN TOWERS 1230 ROSECRANS AVE. #100 MANHATTAN BEACH, CA 90266** | X | J | **Third Lien on Residence 1955 GREENFIELD DRIVE RENO, NV  89509** <br><br> **VALUE $1,000,000.00** | | | | 1,300,000.00 | 993,745.00 |
| ACCOUNT NO. <br> **LEE & TRACI HOTCHKIN 1025 RIDGEVIEW DR., #200 RENO, NV  89519** | X | J | **1955 GREENFIELD DRIVE RENO, NV  89509** <br><br> **INTEREST ON PROMISSORY NOTE ATTACHED TO DEED** <br><br> **VALUE $1,000,000.00** | | | | 15,000.00 | 15,000.00 |
| ACCOUNT NO. <br> **ROBERT E. DICKEY, JR. 4040 SWANSON LANE RENO, NV  89509** | | H | **Deed of Trust 100% INTEREST IN 20 ACRES LOCATED ON NORTH VIRGINIA STREET, RENO, NEVADA** <br><br> **VALUE $15,000.00** | | | | 175,000.00 | 160,000.00 |
| ACCOUNT NO.  7080036975514 <br> **WELLS FAGRO BANK, N.A. MAC #S4649-021 5340 KIETZKE LN, #101 RENO, NV  89511** | | J | **First Lien on Residence 1955 GREENFIELD DRIVE RENO, NV  89509** <br><br> **VALUE $1,000,000.00** | | | | 394,400.00 | 0.00 |

1    continuation sheets
     attached

Subtotal  ➤
(Total of this page)                                                 $  1,884,400.00 | $ 1,168,745.00

Total  ➤
(Use only on last page)                                             $ | $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re   <u>JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN</u> .                    Case No.   <u>                              </u>

Debtors
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **58611704043855100001**<br><br>**WELLS FARGO BANK, N.A.**<br>**MAC #S4649-021**<br>**5340 KIETZKE LN., #101**<br>**RENO, NV  89511** | | J | **Mortgage**<br>**1955 GREENFIELD DRIVE**<br>**RENO, NV  89509**<br><br>**FOURTH LIEN ON PROPERTY**<br><br>**VALUE $1,000,000.00** | | | | 218,711.00 | 218,711.00 |
| ACCOUNT NO.  **65419022290001**<br><br>**WELLS FARGO BANK, N.A.**<br>**MAC #S4649-021**<br>**5340 KIETZKE LN., #101**<br>**RENO, NV  89511** | | J | **Second Lien on Residence**<br>**1955 GREENFIELD DRIVE**<br>**RENO, NV  89509**<br><br>**VALUE $1,000,000.00** | | | | 299,345.00 | 0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $    518,056.00 | $    218,711.00 |
| $ 2,402,456.00 | $ 1,387,456.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN** _____    Case No. _____
                              Debtors                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**_1_  continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**                                      Case No. _____

                            Debtors                                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| $ | 0.00 | $ | 0.00 | $ | 0.00 |

Total  ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | 0.00 | | |

Total  ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | | $ | 0.00 | $ | 0.00 |

**B6F (Official Form 6F) (12/07)**

In re  **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtors　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX6-83009** | | H | | | | | 28,753.51 |
| **AMERICAN EXPRESS BOX 0001 LOS ANGELES, CA 90096-8000**<br><br>**CUSTOMER SERVICE P.O. BOX 981535 EL PASO, TX 79998-1535** | | | CREDIT CARD | | | | |
| ACCOUNT NO. **5329060473092671** | | W | | | | | 16,925.01 |
| **BANK OF AMERICA P.O. BOX 15026 WILMINGTON, DE 19850-5026** | | | CREDIT CARD | | | | |
| ACCOUNT NO. **5329038223050108** | | W | | | | | 35,460.71 |
| **BANK OF AMERICA P.O. BOX 15026 WILMINGTON, DE 19850-5026** | | | CREDIT CARD | | | | |
| ACCOUNT NO. **4313070088645384** | | H | | | | | 28,106.61 |
| **BANK OF AMERICA P.O. BOX 301200 LOS ANGELES, CA 90030-1200** | | | CREDIT CARD | | | | |

　5　 Continuation sheets attached

Subtotal ➤ $　　　　109,245.84

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN**                  Case No. _____
                                              Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5490991027130067** <br> **BANK OF AMERICA** <br> **P.O. BOX 15026** <br> **WILMINGTON, DE** <br> **19850-5026** | | H | **CREDIT CARD** | | | | **53,958.12** |
| ACCOUNT NO.  **74992493027048** <br> **BANK OF AMERICA** <br> **P.O. BOX 15028** <br> **WILMINGTON, DE** <br> **19850-5028** | | H | **CREDIT CARD** | | | | **18,461.57** |
| ACCOUNT NO.  **4417 1285 9519 5189** <br> **CHASE CARD SERVICES** <br> **CARDMEMBER SERVICES** <br> **P.O. BOX 94014** <br> **PALATINE, IL** <br> **60094-4014** <br><br> **CHASE CARD SERVICES** <br> **P.O. BOX 15298** <br> **WILMINGTON, DE** <br> **19850-5298** | | H | **CREDIT CARD** | | | | **28,656.42** |
| ACCOUNT NO.  **4856200223386734** <br> **DEBRA ULP** <br> **820 MEREDITH WAY** <br> **SPARKS, NV** <br> **89431-6436** | | H | **WELLS FARGO CREDIT CARD** <br> **THERAMAX INSTALL** | | | | **7,681.94** |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ **108,758.05**

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    <u>JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN</u>                    Case No. _____
                                    Debtors                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DISCOVER STUDENT LOANS**<br>**P.O. BOX 30947**<br>**SALT LAKE CITY, UT**<br>**84130-0947** | | H | **DAUGHTER'S STUDENT LOAN** | | | | **23,404.24** |
| ACCOUNT NO.<br><br>**FIRST HORIZON HOME MTG**<br>**4949 MEADOWS #255**<br>**LAKE OSWEGO, OR  97035**<br><br><br>**JEREMY J. NORK, ESQ.**<br>**HOLLAND & HART, LLP**<br>**5441 KIETZKE LANE**<br>**RENO, NV  89511** | X | H | **PYRAMID HIGHWAY STORAGE PARK, LLC** | | | | **4,420,780.98** |
| ACCOUNT NO.<br><br>**HOWARD WOLF**<br>**C/O MICHAEL F. MACKEDON**<br>**MACKEDON, ET AL.**<br>**P.O. BOX 1203**<br>**FALLON, NV  89407** | | H | | | | X | **1.00** |
| ACCOUNT NO.<br><br>**JACK ALLOCCO**<br>**C/O ROY E. DAHLEN, CPA**<br>**P.O. BOX 881**<br>**PALOS VERDES ESTATES, CA**<br>**90274** | | H | **THERMAMAX WINDOWS, LLC**<br>**BUSINESS LOAN** | | | | **450,000.00** |

Sheet no.  2 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $                    **4,894,186.22**

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**                          Case No. _____
                                       **Debtors**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **JOSEPH S. BRADLEY** <br> **P.O. BOX 1987** <br> **RENO, NV  89505** | X | H | **BUSINESS LOAN** | | | | **150,000.00** |
| ACCOUNT NO.  **7002347021** <br><br> **MERCEDES-BEZ FINANCIAL** <br> **P.O. BOX 9001680** <br> **LOUISVILLE, KY** <br> **40290-1680** | | H | **LEASE END STATEMENT** | | | | **6,069.38** |
| ACCOUNT NO.  **243001195** <br><br> **NEVADA SECURITY BANK** <br> **P.O. BOX 19579** <br> **RENO, NV  89511** | | H | **COML UNSECURED LOAN** | | | | **183,336.35** |
| ACCOUNT NO.  **8960/8280** <br><br> **REHAU CONSTRUCTION, LLC** <br> **4245 GREEN RIVER ROAD** <br> **CORONA, CA  92880** | X | H | **THERMAMAX WINDOWS, LLC** | | | | **748,839.00** |
| ACCOUNT NO. <br><br> **ROBERT F. NIELSEN** <br> **380 LINDEN WAY** <br> **RENO, NV  89502** | | H | **BUSINESS LOAN** | | | | **244,000.00** |

Sheet no.  3 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **1,332,244.73**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN**                   Case No. _____

                              **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **STEVE MACK** <br> **1512 CHAMPION HILL DRIVE** <br> **LAS VEGAS, NV  89134** | | H | | | | | 1.00 |
| ACCOUNT NO. **4856200223836415** <br> **STEVEN DAUM** <br> **820 MEREDITH WAY** <br> **SPARKS, NV  89431-6436** | | H | **WELLS FARGO CREDIT CARD** <br> **THERAMAX INSTALL** | | | | 1,181.01 |
| ACCOUNT NO. <br> **TCF EQUIPMENT FINANCING** <br> **15933 CLAYTON RD., #200** <br> **BALLWIN, MO  63011** | X | H | **THERMAMAX WINDOWS, LLC** | | | | 175,000.00 |
| ACCOUNT NO. **6614593235** <br> **WELLS FARGO** <br> **C/O CUSTOMER MANAGEMENT** <br> **P.O. BOX 95225** <br> **ALBUQUERQUE, NM** <br> **87199-5225** <br><br> **WELLS FARGO** <br> **P.O. BOX 54780** <br> **LOS ANGELES, CA** <br> **90054-0780** | | H | **LINE OF CREDIT** | | | | 45,445.32 |

Sheet no. <u>4</u> of <u>5</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                    **221,627.33**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtors　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　**4465421030070799** | | W | | | | | **20,797.54** |
| **WELLS FARGO**<br>**P.O. BOX 10347**<br>**DES MOINES, IA**<br>**50306-0347**<br><br>**WELLS FARGO**<br>**P.O. BOX 30086**<br>**LOS ANGELES, CA**<br>**90030-0086** | | | CREDIT CARD | | | | |
| ACCOUNT NO.　**4856200206995436** | | H | | | | | **8,538.50** |
| **WELLS FARGO**<br>**WF BUSINESS DIRECT**<br>**P.O. BOX 348750**<br>**SACRAMENTO, CA  95834** | | | CREDIT CARD<br>INNOVATIVE IMPORTS | | | | |
| ACCOUNT NO.　**4465421030078230** | | H | | | | | **17,133.09** |
| **WELLS FARGO**<br>**P.O. BOX 10347**<br>**DES MOINES, IA**<br>**50306-0347**<br><br>**WELLS FARGO**<br>**P.O. BOX 30086**<br>**LOS ANGELES, CA**<br>**90030-0086** | | | CREDIT CARD | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal　≻　$　**46,469.13**

Total　≻　$　**6,712,531.30**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**          ,          Case No. _____
                                                    **Debtors**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re:  **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**                          Case No. _____
_____.
                  **Debtors**                                                                 (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **INNOVATIVE IMPORTS, LLC**<br>**820 MEREDITH WAY**<br>**SPARKS, NV  89431**<br><br>**THERMAMAX WINDOWS, LLC**<br>**820 MEREDITH WAY**<br>**SPARKS, NV  89431** | **BEACH BUSINESS BANK**<br>**MANHATTAN TOWERS**<br>**1230 ROSECRANS AVE. #100**<br>**MANHATTAN BEACH, CA**<br>**90266** |
| **PATRICK & TAMARA**<br>**PANZARELLA**<br>**3105 WALNUT STREET**<br>**MANHATTAN BEACH, CA**<br>**90266**<br><br>**PYRAMID HIGHWAY**<br>**STORAGE, LLC**<br>**3715 LAKESIDE DRIVE**<br>**STE. A**<br>**RENO, NV  89509** | **FIRST HORIZON HOME MTG**<br>**4949 MEADOWS #255**<br>**LAKE OSWEGO, OR  97035** |
| **THERMAMAX WINDOWS, LLC**<br>**820 MEREDITH WAY**<br>**SPARKS, NV  89431** | **JOSEPH S. BRADLEY**<br>**P.O. BOX 1987**<br>**RENO, NV  89505** |
| **THERMAMAX WINDOWS, LLC**<br>**820 MEREDITH WAY**<br>**SPARKS, NV  89431** | **LEE & TRACI HOTCHKIN**<br>**1025 RIDGEVIEW DR., #200**<br>**RENO, NV  89519** |
| **THERMAMAX WINDOWS, LLC**<br>**820 MEREDITH WAY**<br>**SPARKS, NV  89431** | **REHAU CONSTRUCTION, LLC**<br>**4245 GREEN RIVER ROAD**<br>**CORONA, CA  92880** |
| **THERMAMAX WINDOWS, LLC**<br>**820 MEREDITH WAY**<br>**SPARKS, NV  89431** | **TCF EQUIPMENT FINANCING**<br>**15933 CLAYTON RD., #200**<br>**BALLWIN, MO  63011** |

B6I (Official Form 6I) (12/07)

| In re | JOHN JOSEPH GEZELIN TRACY LYNN GEZELIN | Case No. | |
|---|---|---|---|
| | Debtors | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | SON | 13 |
| | SON | 6 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **LAWYER** | **INDEPENDENT SALES** |
| Name of Employer | **PORTER, SIMON & SHADEK** | **UNIVERA** |
| How long employed | **3 MONTHS** | **4 MONTHS** |
| Address of Employer | **590 LAKESHORE BLVD. INCLINE VILLAGE, NV  89541** | **LACEY, WA** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 8,302.12 | $ | 500.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 8,302.12 | $ | 500.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 1,559.12 | $ | 0.00 |
| b. Insurance | $ | 1,063.44 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,622.56 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 5,679.56 | $ | 500.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,679.56 | $ | 500.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 6,179.56 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

In re   **JOHN JOSEPH GEZELIN TRACY LYNN GEZELIN**                    Case No. _____

                                    **Debtors**                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

NONE

B6J (Official Form 6J) (12/07)

In re <u>JOHN JOSEPH GEZELIN TRACY LYNN GEZELIN</u>                    ,        Case No. _____
                       **Debtors**                                                                 **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

     Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|     a. Are real estate taxes included?   Yes _____   No ✓ | | |
|     b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 800.00 |
|     b. Water and sewer | $ | 40.00 |
|     c. Telephone | $ | 200.00 |
|     d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 175.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 333.00 |
|     c. Health | $ | 1,500.00 |
|     d. Auto | $ | 200.00 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other | | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 500.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 500.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,188.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $ | 6,179.56 |
|     b. Average monthly expenses from Line 18 above | $ | 6,188.00 |
|     c. Monthly net income (a. minus b.) | $ | -8.44 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### District of Nevada

In re  **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**

Debtors

Case No. _____

Chapter  _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      1.040.000.00 | | |
| B - Personal Property | YES | 4 | $         55.955.27 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      2.402.456.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $              0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $      6.712.531.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $      6.179.56 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $      6.188.00 |
| TOTAL | | 22 | $      1,095,955.27 | $      9,114,987.30 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN**

Debtors

Case No. _____

Chapter  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  **0.00** |
| Student Loan Obligations (from Schedule F) | $  **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  **0.00** |
| TOTAL | $  **0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  **6,179.56** |
| Average Expenses (from Schedule J, Line 18) | $  **6,188.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  **8,802.12** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  **1,387,456.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  **0.00** |
| 4. Total from Schedule F | | $  **6,712,531.30** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  **8,099,987.30** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN                     Case No. _____
                              Debtors                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **5/20/2010** _____

                         Signature: **/s/ JOHN JOSEPH GEZELIN** _____
                                          **JOHN JOSEPH GEZELIN**
                                                Debtor

Date:  **5/20/2010** _____

                         Signature: **/s/ TRACY LYNN GEZELIN** _____
                                            **TRACY LYNN GEZELIN**
                                             (Joint Debtor, if any)

                              [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re: <u>JOHN JOSEPH GEZELIN   TRACY LYNN GEZELIN</u>          ,     Case No. <u>                              </u>

                                  Debtors                                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **15,000.00** | **INCOME FROM ATTORNEY FEES** | **2008** |
| **6,240.00** | **INCOME FROM ATTORNEY FEES** | **2009** |
| **31,000.00** | **INCOME FROM ATTORNEY FEES**<br>**1/1/10 - 5/15/10** | **2010** |

## 2.  Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **CHEVRON** | **3/24/10** | **725.00** | **0.00** |
| **NV ENERGY** | **2/4/10** | **886.00** | **0.00** |

2

None ☑    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.    Suits and administrative proceedings, executions, garnishments and attachments

None ☑    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.    Repossessions, foreclosures and returns

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CRICKETDEBT.COM** | **5/18/10** | **$70.00** |
| **Hartman & Hartman 510 W Plumb Ln # B Reno, NV  89509** | **5/18/10** | **3,500.00** |

4

## 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **PATRICK MORRISSEY**<br>**JOYCE MORRISSEY**<br>**14210 PRAIRIE FLOWER CT**<br>**RENO, NV  89511**<br>    NONE | **10/20/2009** | **RESIDENCE IN GLENBROOK, NEVADA**<br>**$55,500.00** |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **WELLS FARGO**<br>**RENO, NV** | **TRACY GEZELIN**<br>**CHECKING**<br>**XXXX1131**<br>**0.00** | **0.00**<br>**1/14/10** |
| **WELLS FARGO**<br>**RENO, NV** | **JOHN GEZELIN LAW OFFICE**<br>**CHECKING**<br>**XXXX5781**<br>**0.00** | **0.00**<br>**1/14/10** |
| **WELLS FARGO**<br>**RENO, NV** | **JOHN & TRACY GEZELIN**<br>**CHECKING**<br>**XXXX6169**<br>**0.00** | **0.00**<br>**1/14/10** |
| **WELLS FARGO**<br>**RENO, NV** | **JOHN GEZELIN**<br>**SAVINGS**<br>**0.00** | **0.00**<br>**1/14/10** |

5

## 12. Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **HERITAGE BANK**<br>**1401 S. VIRGINIA STREET**<br>**RENO, NV  89510** | **JOHN & TRACY GEZELIN** | **CLIENT LAST WILLS**<br>**TITLES TO VEHICLES** | |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

## 18. Nature, location and name of business

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐      and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
       executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
       other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
       or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
       preceding the commencement of this case.

       *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
       and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
       the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
       beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
       equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-----------------------------------------------------------------------------------------------|---------|--------------------|-----------------------------|
| FALLON RIVER PARK, LLC | 20-5895526 | | | |
| NILEZEG, LLC | 27-2312569 | | | |
| NILEZEG, LP | 88-0205491 | | | |
| PYRAMID HIGHWAY STORAGE PARK, LLC | 20-2279089 | | | |
| SANTORINI, CORP. | 86-0859311 | | | |
| THERMAMAX WINDOES, LLC | 20-5491250 | 820 MEREDITH WAY SPARKS, NV  89431 | AKA INNOVATIVE IMPORTS FKA DRUTEX WINDOWS & DOORS | 08/25/2006 12/31/2009 |

None   b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☐      U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| FALLON RIVER PARK, LLC | |
| PYRAMID HIGHWAY STORAGE | PARK, LLC |

## 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
☑      or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
☑      the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

8

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

### 23. Withdrawals from a partnership or distributions by a corporation

None

☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*   *   *   *   *   *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/20/2010**

Signature of Debtor  **/s/ JOHN JOSEPH GEZELIN**

**JOHN JOSEPH GEZELIN**

Date  **5/20/2010**

Signature of Joint Debtor (if any)  **/s/ TRACY LYNN GEZELIN**

**TRACY LYNN GEZELIN**

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re    **JOHN JOSEPH GEZELIN    TRACY LYNN GEZELIN**        Case No. _____

                             Debtors                                                    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **BEACH BUSINESS BANK** | **1955 GREENFIELD DRIVE**<br>**RENO, NV 89509** |

Property will be *(check one)*:

   ☑ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:

      ☐ Redeem the property
      ☐ Reaffirm the debt
      ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

      ☐ Claimed as exempt                      ☑ Not claimed as exempt

---

Property No. 2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **LEE & TRACI HOTCHKIN** | **1955 GREENFIELD DRIVE**<br>**RENO, NV 89509**<br><br>**INTEREST ON PROMISSORY NOTE ATTACHED TO DEED** |

Property will be *(check one)*:

   ☑ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:

      ☐ Redeem the property
      ☐ Reaffirm the debt
      ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

      ☐ Claimed as exempt                      ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                 Page **2**

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**ROBERT E. DICKEY, JR.** | **Describe Property Securing Debt:**<br>**100% INTEREST IN 20 ACRES LOCATED ON**<br>**NORTH VIRGINIA STREET, RENO, NEVADA** |

Property will be *(check one)*:
    ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt        ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**WELLS FAGRO BANK, N.A.** | **Describe Property Securing Debt:**<br>**1955 GREENFIELD DRIVE**<br>**RENO, NV 89509** |

Property will be *(check one)*:
    ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt        ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**WELLS FARGO BANK, N.A.** | **Describe Property Securing Debt:**<br>**1955 GREENFIELD DRIVE**<br>**RENO, NV 89509**<br><br>**FOURTH LIEN ON PROPERTY** |

Property will be *(check one)*:
    ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)

Page 3

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No.  6 | |
|---|---|
| **Creditor's Name:**<br><br>**WELLS FARGO BANK, N.A.** | **Describe Property Securing Debt:**<br><br>**1955 GREENFIELD DRIVE**<br>**RENO, NV  89509** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

___0___  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **5/20/2010** _____          **/s/ JOHN JOSEPH GEZELIN** _____
                                              **JOHN JOSEPH GEZELIN**
                                              Signature of Debtor

                                              **/s/ TRACY LYNN GEZELIN** _____
                                              **TRACY LYNN GEZELIN**
                                              Signature of Joint Debtor (if any)

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:    **JOHN JOSEPH GEZELIN**                                Case No.:

**TRACY LYNN GEZELIN**                                Chapter:    **7**

Debtor(s)

Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

_____

_____

_____

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

_____

_____

_____

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re:    **JOHN JOSEPH GEZELIN**      **TRACY LYNN GEZELIN**     Case No. _____

                     Debtors                                         Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

     ☑ Debtor             ☐ Other (specify)

3. The source of compensation to be paid to me is:

     ☐ Debtor             ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)    [Other provisions as needed]

       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

       **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **5/20/2010**

                                 **/s/ JEFFREY L. HARTMAN, ESQ.**
                                 **Jeffrey L. Hartman, Esq., Bar No. 1607**

                                 **Hartman & Hartman**
                                 Attorney for Debtor(s)

**B 201A** (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEVADA**

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:** Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**B 201B** (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**In re**  **JOHN JOSEPH GEZELIN**
      **TRACY LYNN GEZELIN**

Case No. _____

                        **Debtor**

Chapter _____**7**_____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **JOHN JOSEPH GEZELIN** | X**/s/ JOHN JOSEPH GEZELIN**    **5/20/2010** |
| **TRACY LYNN GEZELIN** | **JOHN JOSEPH GEZELIN** |
| | Signature of Debtor        Date |
| Printed Name(s) of Debtor(s) | X **/s/ TRACY LYNN GEZELIN**    **5/20/2010** |
| | **TRACY LYNN GEZELIN** |
| Case No. (if known) _____ | Signature of Joint Debtor      Date |

---

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.